**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

In re: GRIFFIN CALIFORNIA ENTERPRISES, INC § § § §  Case No. 5:15-71125

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jill Jacoway, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,200.00 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $55,718.56 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $157,271.92 | | |

3) Total gross receipts of $809,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $596,009.52 (see **Exhibit 2**), yielded net receipts of $212,990.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $240,000.00 | $1,027,899.00 | $50,000.00 | $50,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $114,914.70 | $157,271.92 | $157,271.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $11,523.31 | $5,703.56 | $5,703.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $994,867.49 | $6,274,116.05 | $15.00 | $15.00 |
| **TOTAL DISBURSEMENTS** | $1,234,867.49 | $7,428,453.06 | $212,990.48 | $212,990.48 |

4) This case was originally filed under chapter 7 on 04/27/2015. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2019    By: /s/ Jill Jacoway
                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Nightclub in Vacaville, CA; Lot 7 as shown on that certain map entitled Plat of Orangetree Plaza, filed August 18, Recor | 1110-000 | $800,000.00 |
| Earnest money re over bid | 1180-000 | $9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$809,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GRIFFIN CALIFORNIA ENTERPRISES, INC | Distribution payment - Dividend paid at 100.00% of $587,009.52; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $587,009.52 |
| SonRise Community Fellowship | refund earnest money | 8500-002 | $9,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$596,009.52** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Golden West Financial, Inc. Glenda Kay Berg | 4110-000 | $240,000.00 | $1,027,899.00 | $50,000.00 | $50,000.00 |
| | **TOTAL SECURED** | | **$240,000.00** | **$1,027,899.00** | **$50,000.00** | **$50,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Jacoway | 2100-000 | NA | $13,899.52 | $13,899.52 | $13,899.52 |
| Trustee, Expenses - Jill Jacoway | 2200-000 | NA | $1,258.70 | $1,258.70 | $1,258.70 |
| Attorney for Trustee Fees - JILL R. JACOWAY | 3110-000 | NA | $24,030.00 | $24,030.00 | $24,030.00 |
| Bond Payments - JACOWAY LAW FIRM, LTD. | 2300-000 | NA | $411.63 | $411.63 | $411.63 |
| Costs re Sale of Property - FIRST AMERICAN TITEL COMPANY | 2500-000 | NA | $1,015.00 | $1,015.00 | $1,015.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $25,099.34 | $25,099.34 | $25,099.34 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $11,757.21 | $11,757.21 | $11,757.21 |
| Other State or Local Taxes (post-petition) - SOLANO COUNTY TAX COLLECTOR | 2820-000 | NA | $4,768.10 | $4,768.10 | $4,768.10 |
| Attorney for Trustee Fees (Other Firm) - Wright, Lindsey & Jennings, LLP | 3210-000 | NA | $14,425.50 | $14,425.50 | $14,425.50 |
| Attorney for Trustee Fees (Other Firm) - Bianca Rucker, Attorney | 3210-000 | NA | $3,045.00 | $3,045.00 | $3,045.00 |
| Special Counsel for Trustee Fees - Edward Tredinnick | 3210-600 | NA | $8,865.00 | $8,865.00 | $8,865.00 |
| Attorney for Trustee Expenses (Other Firm) - Wright, Lindsey & Jennings, LLP | 3220-000 | NA | $1,989.70 | $1,989.70 | $1,989.70 |
| Accountant for Trustee Fees (Other Firm) - ACCOUNTING SOLUTIONS OF NWA | 3410-000 | NA | $4,350.00 | $4,350.00 | $4,350.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Fusion Real Estate Network | 3510-000 | NA | $0.00 | $20,000.00 | $20,000.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - NRT West, Inc. | 3510-000 | NA | $0.00 | $20,000.00 | $20,000.00 |
| Realtor for Trustee Expenses - Nathan Genovese | 3520-000 | NA | $0.00 | $2,357.22 | $2,357.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$114,914.70** | **$157,271.92** | **$157,271.92** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 5800-000 | NA | $11,523.31 | $5,703.56 | $5,703.56 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $11,523.31 | $5,703.56 | $5,703.56 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | OKLAHOMA TAX COMMISSION General Counsel's Office | 7100-000 | NA | $15.00 | $15.00 | $15.00 |
| 4 | Western Venture Capital, LLC Glenda Kay Berg | 7100-000 | $950,000.00 | $6,274,101.05 | $0.00 | $0.00 |
| N/F | Robert & Julia Griffin Bankruptcy Estate | 7100-000 | $44,867.49 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $994,867.49 | $6,274,116.05 | $15.00 | $15.00 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 5:15-71125  
**Case Name:** GRIFFIN CALIFORNIA ENTERPRISES, INC  
**For Period Ending:** 02/05/2019

**Trustee Name:** (250030) Jill Jacoway  
**Date Filed (f) or Converted (c):** 04/27/2015 (f)  
**§ 341(a) Meeting Date:** 06/01/2015  
**Claims Bar Date:** 09/02/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Nightclub in Vacaville, CA; Lot 7 as shown on that certain map entitled Plat of Orangetree Plaza, filed August 18, Records, as amended by Amended Plat of Orangetree Solano County Records, commonly known as 70 Orangetree Circle, Vacaville, CA | 900,000.00 | 0.00 | | 800,000.00 | FA |
| 2 | Intercompany Receivables | 0.00 | Unknown | | 0.00 | FA |
| 3 | State of California Liquor License for Texas Jacks, Vacaville, CA | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 5 tables, 20 chairs, 2 desks, cups, flatware, plates | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Range, deep fryer, 4 burner commercial range, Disc Jockey equipment, audio electronic, stage lights | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$903,200.00** | **$3,200.00** | | **$800,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claim litigation pending.  See docket

Trustee initiated an adversary proceeding in this case 5:15-ap-07098 which is pending.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017  
**Current Projected Date Of Final Report (TFR):** 12/03/2018 (Actual)

02/05/2019  
Date

/s/Jill Jacoway  
Jill Jacoway

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 5:15-71125 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | GRIFFIN CALIFORNIA ENTERPRISES, INC | Bank Name: | UNION BANK |
| | | Account #: | ******5910 Checking Account (Non-Int |
| Taxpayer ID #: | **-***3454 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 02/05/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/15 | | SonRise Community Fellowship | Earnest money re over bid | 1180-000 | 9,000.00 | | 9,000.00 |
| 09/08/15 | | First American Title Company | Net proceeds of sale of 70 Orange Tree Circle, Vacaville, CA 95687 Doc. #32, #53, #59 | | 751,859.68 | | 760,859.68 |
| | {1} | Bryan Eubanks | Gross Proceeds of sale $800,000.00 | 1110-000 | | | 760,859.68 |
| | | Solano County Tax Collector | current property taxes -$4,768.10 | 2820-000 | | | 760,859.68 |
| | | First American Titel Company | closing costs -$1,015.00 | 2500-000 | | | 760,859.68 |
| | | Fusion Real Estate Network | Realtor's commission -$20,000.00 | 3510-000 | | | 760,859.68 |
| | | NRT West, Inc. | Realtor's commission -$20,000.00 | 3510-000 | | | 760,859.68 |
| | | Nathan Genovese | Realtor Expenses of sale -$2,357.22 | 3520-000 | | | 760,859.68 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 760,844.68 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 806.00 | 760,038.68 |
| 11/16/15 | 1001 | SonRise Community Fellowship | refund deposit funds; STOP PAYMENT REVERSAL MANUAL STOP PAY ACCEPTANCE Stopped on 12/14/2015 | 8500-005 | | 9,000.00 | 751,038.68 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,130.61 | 749,908.07 |
| 12/14/15 | 1001 | SonRise Community Fellowship | refund deposit funds; STOP PAYMENT REVERSAL MANUAL STOP PAY ACCEPTANCE Stopped on 12/14/2015 | 8500-005 | | -9,000.00 | 758,908.07 |
| 12/14/15 | 1002 | SonRise Community Fellowship | refund earnest money | 8500-002 | | 9,000.00 | 749,908.07 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,092.88 | 748,815.19 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,123.44 | 747,691.75 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,109.55 | 746,582.20 |
| 03/08/16 | 1003 | Jacoway Law Firm, Ltd. | bond reimbursement | 2300-000 | | 179.08 | 746,403.12 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,036.49 | 745,366.63 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,106.12 | 744,260.51 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,068.86 | 743,191.65 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,102.82 | 742,088.83 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,065.84 | 741,022.99 |
| | | | Page Subtotals: | | $760,859.68 | $19,836.69 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 5:15-71125 | | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|---|
| Case Name: | GRIFFIN CALIFORNIA ENTERPRISES, INC | | Bank Name: | UNION BANK |
| | | | Account #: | ******5910 Checking Account (Non-Int |
| Taxpayer ID #: | **-***3454 | | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 02/05/2019 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,099.60 | 739,923.39 |
| 09/19/16 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABO BANK | 9999-000 | | 739,923.39 | 0.00 |
| | | COLUMN TOTALS | | | 760,859.68 | 760,859.68 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 739,923.39 | |
| | | Subtotal | | | 760,859.68 | 20,936.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $760,859.68 | $20,936.29 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 5:15-71125 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | GRIFFIN CALIFORNIA ENTERPRISES, INC | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******9566 Checking Account |
| Taxpayer ID #: | **-***3454 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 02/05/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/16 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 739,923.39 | | 739,923.39 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 389.16 | 739,534.23 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,025.44 | 738,508.79 |
| 11/10/16 | 101 | Franchise Tax Board | 11/1/16 Notice | 5800-000 | | 1,292.79 | 737,216.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,130.05 | 736,085.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,056.60 | 735,029.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,127.52 | 733,901.83 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 985.23 | 732,916.60 |
| 03/30/17 | 102 | Franchise Tax Board | 3/22/17 Statement | 5800-000 | | 1,704.18 | 731,212.42 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,089.33 | 730,123.09 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 981.79 | 729,141.30 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,153.64 | 727,987.66 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,047.10 | 726,940.56 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,010.74 | 725,929.82 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,148.65 | 724,781.17 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,007.74 | 723,773.43 |
| 10/23/17 | 103 | Franchise Tax Board | Entity ID CORP 2930077 - 12/16 Tax year | 5800-000 | | 303.54 | 723,469.89 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,110.43 | 722,359.46 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,039.00 | 721,320.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,002.93 | 720,317.53 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,139.67 | 719,177.86 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 965.47 | 718,212.39 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 1,033.04 | 717,179.35 |
| | | | Page Subtotals | | $739,923.39 | $22,744.04 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 5:15-71125 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | GRIFFIN CALIFORNIA ENTERPRISES, INC | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******9566 Checking Account |
| Taxpayer ID #: | **-***3454 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 02/05/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 997.17 | 716,182.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,133.23 | 715,048.95 |
| 06/25/18 | 104 | State of California | 2018 Franchise Taxes Voided on 06/25/2018 | 5800-004 | | 829.28 | 714,219.67 |
| 06/25/18 | 104 | State of California | 2018 Franchise Taxes Voided on 06/25/2018 | 5800-004 | | -829.28 | 715,048.95 |
| 06/25/18 | 105 | State of California | 2015, 2017, 2018 franchise taxes | 5800-000 | | 1,459.05 | 713,589.90 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 994.20 | 712,595.70 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,095.18 | 711,500.52 |
| 08/01/18 | 106 | Franchise Tax Board | Tax year ending 12/17 | 5800-000 | | 144.00 | 711,356.52 |
| 08/07/18 | 107 | JACOWAY LAW FIRM, LTD. | bond premium reimbursement | 2300-000 | | 232.55 | 711,123.97 |
| 08/09/18 | 108 | ACCOUNTING SOLUTIONS OF NWA | 8/9/18 Order re fees (Doc. #116) | 3410-000 | | 3,450.00 | 707,673.97 |
| 08/09/18 | 109 | Bianca Rucker, Attorney | 08-09-18 Order re fees (Doc. #117) | 3210-000 | | 3,045.00 | 704,628.97 |
| 08/09/18 | 110 | Wright, Lindsey & Jennings, LLP | 8/9/18 Order (Doc. #118) | 3210-000 | | 14,425.50 | 690,203.47 |
| 08/09/18 | 111 | Wright, Lindsey & Jennings, LLP | 8/9/18 Order re fees (oop) Doc. #118 | 3220-000 | | 1,989.70 | 688,213.77 |
| 08/09/18 | 112 | Edward Tredinnick, Attorney | 8/9/18 Order re fees (Doc. #119) | 3210-600 | | 8,865.00 | 679,348.77 |
| 08/09/18 | 113 | JILL JACOWAY ATTORNEY | 8/9/18 Order re fees (Doc. #120) | 3110-000 | | 21,960.00 | 657,388.77 |
| 08/09/18 | 114 | Golden West Financial, Inc. | 6-20-18 Order Approving Settlement (Doc. #104) | 4110-000 | | 50,000.00 | 607,388.77 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 971.19 | 606,417.58 |
| 09/06/18 | 115 | Franchise Tax Board | 2018 taxes | 5800-000 | | 800.00 | 605,617.58 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 464.84 | 605,152.74 |
| 10/23/18 | 116 | ACCOUNTING SOLUTIONS OF NWA | 10-23-18 Order (Doc. #130) | 3410-000 | | 900.00 | 604,252.74 |
| 10/23/18 | 117 | JILL R. JACOWAY | 10-23-18 Order (Doc. #131) | 3110-000 | | 2,070.00 | 602,182.74 |
| 01/04/19 | 118 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $13,899.52; Claim # FEE; Filed: $13,899.52 | 2100-000 | | 13,899.52 | 588,283.22 |
| 01/04/19 | 119 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $1,258.70; Claim # TE; Filed: $1,258.70 | 2200-000 | | 1,258.70 | 587,024.52 |
| | | | **Page Subtotals:** | | **$0.00** | **$130,154.83** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 5:15-71125 | | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|---|
| Case Name: | GRIFFIN CALIFORNIA ENTERPRISES, INC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3454 | | Account #: | ******9566 Checking Account |
| For Period Ending: | 02/05/2019 | | Blanket Bond (per case limit): | $0.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/19 | 120 | OKLAHOMA TAX COMMISSION General Counsel's Office | Distribution payment - Dividend paid at 100.00% of $15.00; Claim # 2; Filed: $15.00 | 7100-000 | | 15.00 | 587,009.52 |
| 01/04/19 | 121 | GRIFFIN CALIFORNIA ENTERPRISES, INC | Distribution payment - Dividend paid at 100.00% of $587,009.52; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 587,009.52 | 0.00 |
| | | COLUMN TOTALS | | | 739,923.39 | 739,923.39 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 739,923.39 | 0.00 | |
| | | Subtotal | | | 0.00 | 739,923.39 | |
| | | Less: Payments to Debtors | | | | 587,009.52 | |
| | | NET Receipts / Disbursements | | | $0.00 | $152,913.87 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 5:15-71125 | | **Trustee Name:** | Jill Jacoway (250030) |
| **Case Name:** | GRIFFIN CALIFORNIA ENTERPRISES, INC | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3454 | | **Account #:** | ******9566 Checking Account |
| **For Period Ending:** | 02/05/2019 | | **Blanket Bond (per case limit):** | $0.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5910 Checking Account (Non-Int | $760,859.68 | $20,936.29 | $0.00 |
| ******9566 Checking Account | $0.00 | $152,913.87 | $0.00 |
| | **$760,859.68** | **$173,850.16** | **$0.00** |

02/05/2019
Date

/s/Jill Jacoway
Jill Jacoway

UST Form 101-7-TDR (10/1/2010)